UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERSONKING ANYANWU,

                Petitioner,

   v.

PAMELA BONDI[1],

                Respondent.

Case No. C25-995-JLR-MLP

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION

      Petitioner Jeffersonking Anyanwu is currently in the custody of U.S. Immigration and Customs Enforcement ("ICE") and is confined at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington. Petitioner has submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 seeking to challenge his current detention. The Court, having reviewed the petition, hereby ORDERS as follows:

---

[1] Petitioner names the U.S. Attorney General as the only Respondent in this action. However, the proper respondent for § 2241 petitions is "the person who has custody over [the petitioner]." *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citing 28 U.S.C. §§ 2242, 2243); *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024) (reversing grant of federal habeas relief where the immigration detainee's direct custodian was not named as respondent). Because Petitioner is currently detained at the NWIPC, the proper respondent for this action is the individual in charge of that facility. Accordingly, the Clerk of Court is directed to **ADD** the Facility Administrator of the NWIPC as a Respondent in this action.

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 1

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named Respondent(s).

(2) **Within 30 days of the date this Order is posted**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent(s) shall submit a memorandum of authorities and any relevant evidence in support of their position, and they should state whether an evidentiary hearing is necessary. Respondent(s) shall file the return with the Clerk of Court and shall serve a copy on Petitioner.

(3) The return will be treated in accordance with LCR 7(d)(4). Accordingly, on the face of the return, Respondent(s) shall note it for consideration no earlier than 28 days after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response no later than 21 days after the return is filed, and Respondent(s) may file and serve a reply no later than 28 days after the return is filed.

(4) If Petitioner's custody status changes at any point during this litigation, **Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

(5) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent(s), and to the Honorable James L. Robart.

Dated this 16th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR SERVICE AND
RETURN, § 2241 PETITION - 2